UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60421-CIV-COHN

JORGE PEDERNERA,

Magistrate Judge Snow

    Plaintiff,

vs.

LANGENWALTER OF KENDALL, INC.
and ALEJANDRON GONZALEZ[1],

    Defendants.
_____/

## ORDER DENYING MOTION TO SET ASIDE DEFAULT OR DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Defendant Alejandro Gonzalez's Motion to Set Aside Default or Default Judgment [DE 13] and a review of the docket.  The Court has carefully considered the motion and is otherwise fully advised in the premises.

The Complaint in this case was filed against two defendants, Langenwalter of Kendall, Inc. and Alejandron Gonzalez.  Defendant Gonzalez filed an Answer to the Complaint [DE 3].  That Answer was docketed as being solely on behalf of Defendant Gonzalez.  Upon review of that Answer, Defendant Gonzalez did not sign the docket on behalf of the corporate defendant, Langenwalter of Kendall.  However, the language of the Answer strongly implies that it was intended to serve as an Answer on behalf of both Defendants.

On May 10, 2007, Plaintiff moved for entry of a Clerk's default as to Defendant Langenwalter of Kendall [DE 7], which was granted by the Clerk on May 14, 2007 [DE 9].  On June 5, 2007, Plaintiff moved for default judgment against this corporate defendant

---

[1] Defendant's first name is apparently misspelled in the Complaint, and therefore in the docket.  This has no effect on the proceedings.

[DE 11]. Defendant Gonzalez has now moved to set aside the default [DE 13].

It is a well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel.  See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385-1386 (11th Cir. 1985), cert. denied, 474 U.S. 1058 (1986); National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company, 748 F.2d 602, 609 (11th Cir. 1985), cert. denied 471 U.S. 1056 (1985).  Thus, the Answer filed by Defendant Gonzalez, even if the owner of Defendant Langenwalter of Kendall, applies only to Defendant Gonzalez. Only individual persons and not corporations can represent themselves in Court.  A corporation must be represented by counsel.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant Alejandro Gonzalez's Motion to Set Aside Default or Default Judgment [DE 13] is hereby **DENIED**;

2. Langenwalter of Kendall shall have counsel appear on its behalf by June 22, 2007, or be subject to default judgment upon the pending motion of Plaintiff [DE 11].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of June, 2007.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

copies to:

Orlando Antelo, Jr., Esq.

Alejandro Gonzalez, pro se
820 NW 76th Terrace
Plantation, FL 33324